<div style="text-align:center">

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

</div>

In re:

MIRTHA CHAVEZ                                                          Case No. 19-16047-RBR
        Debtor                    /                            Chapter 13

<div style="text-align:center">

**NOTICE TO WITHDRAW DOCUMENT ECF #42**

</div>

    The Debtor, by and through undersigned counsel, files this Notice to Withdraw Document at **ECF #42** and cancelling hearing.

    Respectfully submitted this 23rd day of September, 2019.

<div style="margin-left:50%">

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500

</div>